# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 JUL 11 AM 9: 41

CLERK ____
SO. DIST. OF GA.

JANEL DRAYTON,

    Movant,

v.

UNITED STATES AMERICA,

    Respondent.

Case No. CV405-65
[Underlying CR404-156]

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11_ day of _July_, 2005.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Janel Drayton )

vs ) CASE NUMBER CV405-65

United States of America ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7-11-05, which is part of the official record of this case.

Date of Mailing: 7-11-05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Janel Drayton, FPC Marianna, P.O. Box 7006, Marianna, Fl. 32447
USAttorney
*Criminal*

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate

AO 450 (GAS Rev 10/03) Judgment in a Civil Case    ORIGINAL

# United States District Court
## Southern District of Georgia

JANEL DRAYTON,

    Movant,

                    JUDGMENT IN A CIVIL CASE

          V.                    CASE NUMBER: CV405-65 (CR404-156)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of July 11, 2005, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of the Court, denying Movant's Section 2255 motion, and dismissing this case, Judgment of dismissal is hereby entered.

**E.O.D.**

7-12-05
DATE

July 12, 2005
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

# United States District Court
## Southern District of Georgia

JANEL DRAYTON )

vs ) CASE NUMBER CV405-65/CR404-156

UNITED STATES OF AMERICA ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated July 12, 2005, which is part of the official record of this case.

Date of Mailing: July 12, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Janel Drayton, 11967-021, FPC Marianna, P.O. Box 7006, Marianna, FL 32447
Amy Lee Copeland, Esq.

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate